# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**TROY M. HILL,**

    *Plaintiff*,

v.                                                                           Case No.: 4:24cv278-MW/MJF

**DR. DU, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. The Magistrate Judge's Order to Show Cause, dated March 24, 2025, was returned as undeliverable on May 13, 2025. ECF No. 17. The Report and Recommendation has not been returned as undeliverable, nor has Plaintiff updated this Court with his correct mailing address, despite it being his responsibility to do so. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 16, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is

**DISMISSED without prejudice**." The Clerk shall close the file.

      **SO ORDERED on May 19, 2025.**

                                            <u>**s/Mark E. Walker**</u>
                                            **Chief United States District Judge**